AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Valentin Feria-Perez<br>Also know as<br>"Alejandrino Feria Toledo"<br><br>*Defendant(s)* | Case No.<br><br>Mag: 25-569 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 23, 2025__ in the county of __Tuscaloosa__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) and (b)(1) | Illegal Re-Re-Entry after Felony |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Digitally signed by DANIEL J FINN
DN: cn=DANIEL J FINN, o=U.S. Government, ou=People, email=Daniel.Finn@ice.dhs.gov, c=US
Date: 2025-09-05 13:46:02-0500

Daniel J. Finn, Jr., Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/05/2025

*Judge's signature*

City and state: Birmingham, Alabama

Honorable Staci G. Cornelius Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Daniel Finn, being duly first sworn, depose and say:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations (ERO) within the United States Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE/ERO since 2016. As part of my duties as a Deportation Officer, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations – Birmingham, Alabama, sub office in the New Orleans, Louisiana, area of responsibility, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses.

2. This affidavit is made in support of a criminal complaint against Valentin FERIA-PEREZ and sets forth the probable cause that Valentin FERIA-PEREZ, a native and citizen of Mexico, illegally re-entered the United States and being convicted of a felony and after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and

1

state law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all information known by me or other investigators. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant.

## PROBABLE CAUSE

4. On or about August 23, 2025, Tuscaloosa County Sheriff Deputies responded to a suspicious vehicle located at 8310 Highway 82E. Upon arrival, Deputies noticed that the vehicle was not running and that there was an individual appearing to be passed out in the driver's seat of the vehicle.

5. Deputies knocked on the window to awaken the driver, but to no avail. Deputies opened the driver's side door to awaken the driver. Deputies had the driver exit the vehicle.

6. Upon exiting the vehicle, deputies observed that the driver had blood shot eyes and was unsteady on his feet. The driver was Spanish speaking, and as such deputies contacted an interpreter.

7. Using an interpreter deputies were able to ascertain the defendant's name as Feria Toledo Alejandrino. Defendant stated that his friend was driving the vehicle, and that he had dropped him off. Deputies asked if the defendant would take field sobriety test, to which he answered in the affirmative.

8. Deputies conducted a series of field sobriety test, to which the defendant failed. Defendant was arrested for Driving Under the Influence, in violation of Alabama State Code 32-5A-191(a)(1). Defendant was transported to the Tuscaloosa County Jail.

9. This subject's fingerprints were submitted to criminal and immigration databases and revealed the defendant's name to be Valentin FERIA-PEREZ is a native and citizen of Mexico. These records further show Valentin FERIA-PEREZ was originally ordered removed from the United States on November 18, 2006, and December 10, 2006, pursuant to expedited removals, form I-860 by the US Border Patrol and was again ordered removed on August 25, 2011, October 19, 2011, and August 5, 2024 after reentering the United States as evidenced by Immigration Form I-205. Here, the defendant's most recent I-205 showed that he was removed on August 7, 2024, and October 19, 2011.

10. Further, immigration records related to as Valentin FERIA-PEREZ were reviewed by DHS personnel, and those records did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his removal on or about August 7, 2024. There is also no evidence that an application was made or approved. Had the defendant made such an

3

application, that fact would be reflected in his immigration records. Lastly, I have no reason to believe that Valentin FERIA-PEREZ was involuntarily found here in the Northern District of Alabama when he was arrested on or about August 23, 2025.

11. In reviewing law enforcement databases, I found that the defendant has a prior felony conviction that likely subjects him to the enhanced penalty provisions under 18 U.S.C. § 1326(a) and 1326(b)(1). This conviction is: Deported Alien Found in the United States, in violation of 18 U.S.C. § 1326(a), on October 17, 2011, in United States District Court for the Southern District of California; 3:11-CR-04275.

12. Based on the above facts, your affiant believes that there is probable cause to establish that Valentin FERIA-PEREZ has violated 8 U.S.C. § 1326(a) and (b)(1).

DANIEL J FINN
Digitally signed by DANIEL J FINN
DN: cn=DANIEL J FINN, o=U.S. Government, ou=People, email=Daniel.Finn@ice.dhs.gov, c=US
Date: 2025-09-05T13:46:31-0500

Daniel Finn, Affiant
U.S. Department of Homeland Security

Sworn to telephonically and subscribed electronically this the 5th day of September 2025.

The Honorable Staci G. Cornelius
United States Magistrate Judge
Northern District of Alabama

4